

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In the interest of R.I.C., M.E.C., and M.A.C., children,

No. 11-23-00203-CV

\* From the 446th District Court of Ector County, Trial Court No. E-19-03-0453-FM.

\* November 16, 2023

\* Memorandum Opinion by Williams, J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.